NUMBER 13-01-609-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________

THARWAT M. HAMAMCY, INDIVIDUALLY AND D/B/A HAMTEX AVIATION, INC. , Appellant,

v.


RITA PARRY RAY, EXECUTRIX OF THE ESTATE OF GLEN R. RAY, DECEASED , Appellee.

____________________________________________________________________

On appeal from the County Court at Law No. 2 

of Cameron County, Texas.

____________________________________________________________________


O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



Appellant, THARWAT M. HAMAMCY, INDIVIDUALLY AND D/B/A HAMTEX AVIATION, INC. , perfected an
appeal from a judgment entered by the County Court at Law No. 2 of Cameron County, Texas, in cause number
2001-CCL-278-B . After the clerk's record was filed, appellant filed a motion to dismiss the appeal. In the motion,
appellant states that he is waiving his right to file the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 11th day of October, 2001 .